IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael John Callan,<br><br>Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>Respondents. | No. CV17-8077 PCT DGC (JFM)<br><br>**ORDER** |

Petitioner Michael John Callan has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Doc. 1. United States Magistrate James F. Metcalf has issued a report and recommendation ("R&R") recommending that grounds one and two of the petition be dismissed with prejudice and the remainder of the petition be denied. Doc. 21. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R, dismiss with prejudice grounds one and two of the petition, and deny the remainder of the petition.

**IT IS ORDERED:**

1. The R&R (Doc. 21) is **accepted**.
2. Grounds one and two of the petition for writ of habeas corpus are **denied with prejudice** and the remainder of the petition is **dismissed**. (Doc. 1).
3. A certificate of appealability and leave to proceed *in forma pauperis* on

*appeal are* **denied**

4. The Clerk is directed to **terminate** this action.

Dated this 23rd day of July, 2018.

_____
David G. Campbell
United States District Judge